IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION c/o Shapiro & Swertfeger, LLP, <br><br>      Plaintiff, <br><br>       v. <br><br> BRUCE P. WILLIAMS OR OCCUPANT, <br><br>      Defendant. | CIVIL ACTION FILE NO. 1:13-CV-284-TWT |

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Gwinnett County. The Defendant's Objections make no sense and are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Gwinnett County. The Plaintiff is prohibited from filing any additional removal notices of this dispossessory action without posting with the Clerk a $10,000.00 cash or corporate surety bond to cover any award of costs for wrongful removal.

T:\ORDERS\13\US Bank National Association\r&r.wpd

SO ORDERED, this 4 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge